223 So.2d 408

### Dr. Cecil O. LORIO et al.

v.

### AETNA INSURANCE COMPANY.

No. 49869.

June 13, 1969.

In re: Dr. Cecil O. Lorio applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 220 So.2d 781.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

223 So.2d 408

### Marshall HOPPER

v.

### Ralph BILLS and Jenny Bills d/b/a Jenny and Shorty's.

No. 49872.

June 13, 1969.

In re: Marshall Hopper, applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of Ascension. 220 So.2d 769.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.